PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 8:23CR00127 |
| Aaron M Pettes | |

On August 1, 2022 the above named was placed on probation/supervised release for a period of 36 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Menisha Braun*
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 11th day of April, 20 24.

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief U.S. District Judge